**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Docket No. 3:13cr133** |
| ) | **The Hon. David J. Novak** |
| **JOSEPH A. PRATER, SR.** ) | |
| *Defendant.* ) | |

**DEFENDANT'S MOTION TO SEAL REPLY AND EXHIBIT A TO UNITED STATES RESONSE TO MOTION FOR COMPASSIONATE RELEASE PURSUANT TO SECTION 603(b) OF FIRST STEP ACT**

COMES NOW the defendant, Joseph A. Prater, Sr., by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal, requests this Court file his Reply and Exhibit A to United States Response to Motion for Compassionate Release Pursuant to Section 603(b) of First Step Act under seal.

Respectfully Submitted,
Joseph A Prater, Sr.

By:   /s/
Ann M. Reardon
Va. Bar No. 24230
ThorsenAllen LLP
5413 Patterson Avenue, Suite 201
Richmond, VA 23226
(804) 317-5150
annreardonlaw@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

      Stephen E. Anthony
      US Attorney's Office
      SunTrust Building
      919 East Main Street
      Suite 1900
      Richmond, VA 23219

                                                        /s/
                                      Ann M. Reardon
                                      Va. Bar No. 24230
                                      ThorsenAllen LLP
                                      5413 Patterson Avenue, Suite 201
                                      Richmond, VA 23226
                                      (804) 317-5150
                                      annreardonlaw@gmail.com