**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Docket No. 3:13cr133 |
| ) | The Hon. David J. Novak |
| **JOSEPH A. PRATER, SR.** ) | |
| *Defendant*. ) | |

**MOTION TO SEAL THE COURT'S MEMORANDUM OPINION ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO SECTION 603(b) OF FIRST STEP ACT AND TO SEAL THE MEMORANDUM IN SUPPORT OF THIS MOTION**

COMES NOW the defendant, Joseph A. Prater, Sr., by counsel, and for the reasons stated in the Memorandum in Support of the Motion to Seal the Court's Memorandum Opinion on Defendant's Motion for Compassionate Release Pursuant to Section 603(b) of the First Step Act and to Seal the Memorandum in Support of this Motion, requests this Court seal both the Court's Memorandum Opinion on Defendant's Motion for Compassionate Release Pursuant to Section 603(b) of First Step Act and the Memorandum in Support of this Motion.

Counsel has consulted with Stephen E. Anthony, Assistant United States Attorney, and he has no objection to this motion.

Respectfully Submitted,

Joseph A Prater, Sr.

By: _____/s/_____
Ann M. Reardon
Va. Bar No. 24230
ThorsenAllen LLP
5413 Patterson Avenue, Suite 201
Richmond, VA 23226
(804) 317-5150
annreardonlaw@gmail.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

   Stephen E. Anthony
   US Attorney's Office
   SunTrust Building
   919 East Main Street
   Suite 1900
   Richmond, VA 23219

                 /s/
              Ann M. Reardon
              Va. Bar No. 24230
              ThorsenAllen LLP
              5413 Patterson Avenue, Suite 201
              Richmond, VA 23226
              (804) 317-5150
              annreardonlaw@gmail.com