IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

      v.                                            Criminal No. 3:13cr133 (DJN)

JOSEPH A. PRATER, SR.,
Defendant.

**ORDER**
**(Directing Clerk to Place Under Seal Certain Filings)**

This matter comes before the Court on Defendant's Motion to Seal Government's Response in Opposition to Defendant's Motion for Compassionate Release (ECF No. 67) and Defendant's Motion to Seal the Court's Memorandum Opinion on Defendant's Motion for Compassionate Release (ECF No. 68).  For the same reasons articulated in the Court's prior Order (ECF No. 59), the Court hereby GRANTS both Motions (ECF Nos. 67, 68).

Accordingly, the Court hereby DIRECTS the Clerk to SEAL the Government's Response in Opposition to Defendant's Motion for Compassionate Release (ECF No. 52), as well as the Court's Memorandum Opinion (ECF No. 61).  The documents will remain sealed until further Order of the Court.  This Order hereby serves as NOTICE to the public that the Court has sealed the documents described above.  Should any party or any member of the public object to this Order, that party or individual shall file a document with the Court setting forth that objection.

The Court will then hold a hearing on the objection.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: February 10, 2021